IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al.*, Plaintiffs, <br><br> -v- <br><br> DMJ INDUSTRIAL CONTRACTOR, INC., Defendant. | Civil No. 1:14-cv-1189 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 25, 2015. (Dkt. No. 13). No timely objections have been filed by the parties. Based on a *de novo* review of the Complaint, Plaintiffs' Motion for Default Judgment, and the supporting exhibits, the Court adopts the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that

1. Plaintiffs' motion for default judgment (Dkt. No. 9) is GRANTED.

2. Plaintiffs are not entitled to injunctive relief.

3. Plaintiffs are entitled to damages in the total amount of $6,930.94, in accordance with the following:

| *Plaintiff Fund* | *Delinquent Contributions* | *Interest through 11/30/14* | *Liquidated Damages* | *Late Fees Owed* | *Attorneys' Fees and Costs* | **TOTAL** |
|---|---|---|---|---|---|---|
| **NPF** | $24.32 | $64.47 | $909.18 | $1,621.62 | $2,655.06 | $5,274.65 |
| **ITI** | $0.00 | $1.46 | $20.51 | $41.78 | $0.00 | $63.75 |
| **NEMIC** | $0.00 | $0.35 | $5.13 | $10.45 | $0.00 | $15.93 |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| SMOHIT | $0.00 | $0.24 | $3.42 | $6.97 | $0.00 | $10.63 |
| SMWIASF | $0.00 | $0.12 | $1.71 | $3.51 | $0.00 | $5.34 |
| SASMI | $0.00 | $20.13 | $284.15 | $550.58 | $705.78 | $1,560.64 |
| *TOTAL* | *$24.32* | *$86.77* | *$1,224.10* | *$2,234.91* | *$3,360.84* | *$6,930.94* |

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58.

Date: April 17, 2015

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge